James J. Nevins, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Michele Perricone, an Infant, by Michela Perricone, His Guardian ad Litem, Respondent, v. The Godwin Construction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Mamie Peycke, Respondent, v. Waterbury Company, a Corporation, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Reuben Ross, Respondent, v. James P. Beckwith and James' Philpot, Individually, as Well as Executors and Trustees Named in an Instrument in Writing Purporting to Be the Last Will and Testament of Elizabeth Cooley Ross, Deceased, and Others, Appellants, Impleaded with Eva L. McClellan.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

John H. Schildmacher, as Administrator, etc., of Frederick Schildmacher, Deceased, Respondent, v. S. Liebmann's Sons Brewing Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Silver Land Improvement Company, Respondent, v. Vennette F. Pelletreau, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

George W. Snyder and Benjamin T. Snyder, Appellants, v. John F. McEvoy, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Garritt Swift, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Wilbur Van Fleet, Respondent, v. New Era Construction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

John Wall, Plaintiff, v. The New York Edison Company, Appellant, Impleaded with Henry E. Coe, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Isaac Weiss, Appellant, v. Levi M. Rosenthal and Louis Katz, Respondents.— Order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.